

**Thomas G. Bruton**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

(312) 435-5691

December 16, 2013

Richard C. Lee
United States Courthouse
141 Church Street, Room 214
New Haven, CT 06510-6510

RE:   Vazquez v. Convergent Outsourcing, Inc.

MDL No. 2478

USDC Case No.  13cv968

Dear Clerk:

Pursuant to the order entered by the MDL Panel on the above record

■  was electronically transmitted to USDC for the District of Connecticut.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,
**Thomas G. Bruton, Clerk**

By:  /s/ Vettina Franklin
     Deputy Clerk

New Case No. _____        Date _____